UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sean Ahern

        v.                        Case No. 04-cv-474-SM

United States

### O R D E R

The court determined that the motion was properly construed as a second or successive petition over which the court lacked subject matter jurisdiction, appellate preclearance not having been first obtained, and no other exception being applicable. 28 U.S.C. §§ 2244(b)(2). That determination is not reasonably debatable, so the court necessarily declines to issue a certificate of appealabilty.

SO ORDERED.

February 3, 2012

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
United States District Judge

cc:    Sean Ahern, pro se